IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 08-cv-917-JPG |
| ) | |
| DAVID SIDES, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiff United States of America and against defendant David Sides of **$8,371.93** plus interest at the rate of 9.00% from March 13, 2009, to the date judgment is entered, and court costs in the amount of **$350.00** and future costs and interest.

                                        **JUSTINE FLANAGAN, Acting Clerk**

                                        **By:s/Deborah Agans, Deputy Clerk**

**Date: April 14, 2009**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**